# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION


**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **vs.**                    **: CIVIL NO:  C-1-00-289**
                                               **JUDGE SPIEGEL**

**ANTHONY O. BOOKER,**

        **Defendant.**


## SATISFACTION OF JUDGMENT


The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.


                                    GREGORY G. LOCKHART
                                    United States Attorney


                                  s/Deborah F. Sanders
                                  DEBORAH  F. SANDERS  #0043575
                                  Assistant United States Attorney
                                  303 Marconi Blvd., Suite 200
                                  Columbus, Ohio  43215
                                  (614) 469-5715


```
N:\BVance\judgment\satis.w
```

N:\BVance\judgment\satis.w